UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.

HENRY T. DEAN, III,

        Defendant.

**DECISION AND ORDER**

17-CR-6086 EAW

This Court referred to United States Magistrate Judge Jonathan W. Feldman, pursuant to 28 U.S.C. § 636(b), the taking of a plea under Fed. R. Crim. P. 11. The defendant, Henry T. Dean, III, consented to the proceeding being before the Magistrate Judge. (Dkt. 36).

On March 19, 2018, defendant Henry Dean, III, appeared before the Magistrate Judge and entered a plea of guilty to Count 10 of the Superseding Indictment. Magistrate Judge Feldman made an oral Report and Recommendation immediately after the plea proceeding (Dkt. 41 at 27), and filed a written Report and Recommendation (Dkt. 35) confirming that Defendant's entry of a plea of guilty met the requirements of Fed. R. Crim. P. 11, and recommending that this Court accept the guilty plea. No objections to the Report and Recommendation were timely filed, and no extension of time to file objections was sought.

Pursuant to 28 U.S.C. § 636(b), Magistrate Judge Feldman's Report and Recommendation (Dkt. 35) is adopted in its entirety, and the Court hereby accepts

Defendant's plea of guilty, and Defendant is hereby adjudged guilty of violating Title 18 U.S.C. § 1343 as charged in Count 10 of the Superseding Indictment.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated: April 30, 2018
Rochester, New York