UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.                                      **ORDER**

HENRY T. DEAN, III,                   6:17-CR-06086 EAW

              Defendant.

---

      On June 26, 2020, defendant Henry T. Dean, III ("Defendant") filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Dkt. 69).  The Government filed a response opposing the motion on July 13, 2020 (Dkt. 71), and the United States Probation Office also submitted a memorandum to the Court on July 14, 2020, in connection with Defendant's motion (Dkt. 72).  On July 20, 2020, the Court entered a Decision and Order denying Defendant's motion.  (Dkt. 73).

      On July 21, 2020, a day after the Court issued the Decision and Order denying Defendant's motion, a further submission from Defendant replying to the Government's arguments was docketed.  (Dkt. 74).  Despite its untimeliness, the Court has reviewed Defendant's submission and finds there is no information contained therein that would change the Court's July 20, 2020, Decision.  Accordingly, to the extent that Defendant's submission could be interpreted as a motion for reconsideration, it is hereby denied.

      SO ORDERED.

                                                  _____
                                                  ELIZABETH A. WOLFORD
                                                  United States District Judge

Dated:       July 21, 2020
               Rochester, New York